No. 92–7565.  CATALFO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 92–7574.  BRIGHT v. SMITH ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 92–7587.  RODOLICO v. RAUCH ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 92–7591.  MORRISON v. LYNN, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 92–7594.  MUHAMMAD v. DOMOVICH, SUPERINTENDENT, PENNSYLVANIA STATE CORRECTIONAL INSTITUTION.  C. A. 3d Cir.  Certiorari denied.

No. 92–7597.  SPEARMAN v. EPPS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 92–7598.  HARRISON v. PADILLA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–7599.  GOODWIN v. WELLS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 92–7600.  BRYANT ET AL. v. WHALEN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 92–7606.  JEWELL v. HIGGINS ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 92–7608.  JAAKKOLA v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 92–7612.  HARTER v. LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON.  C. A. 3d Cir.  Certiorari denied.

No. 92–7614.  GREEN v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 92–7615.  GREEN v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 92–7622.  EXLER v. SIZZLER FAMILY STEAKHOUSES.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.